```
RIGHETTI GLUGOSKI, P.C.
MATTHEW RIGHETTI, SBN 121012
matt@righettilaw.com
JOHN GLUGOSKI, SBN 191551
jglugoski@righettilaw.com
456 Montgomery Street, Suite 1400
San Francisco, CA  94104
Tel:  415.983.0900
Fax:  415.397.9005

Attorneys for Plaintiff
CATHY BIRDSONG

MORGAN, LEWIS & BOCKIUS, LLP
REBECCA EISEN, SBN 96129
reisen@morganlewis.com
THERESA MAK, SBN 211435
tmak@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

Attorneys for Defendants
AT&T CORP., AT&T SERVICES, INC., AT&T
MANAGEMENT SERVICES, LP, AT&T
OPERATIONS, INC., and AT&T MOBILITY
SERVICES, LLC

[ADDITIONAL COUNSEL ON NEXT PAGE]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY BIRDSONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T CORP., AT&T SERVICES, INC. (formerly SBC Services, Inc.), AT&T MANAGEMENT SERVICES, LP, AT&T OPERATIONS, INC., YELLOWPAGES.COM, AT&T MOBILITY SERVICES, LLC (formerly doing business as Cingular Wireless, LLC) and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:12-cv-06175-TEH<br><br>[~~PROPOSED~~] **ORDER APPROVING SETTLEMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:12-cv-06175-TEH
[Proposed] Order Approving Settlement

LAW OFFICES OF THOMAS W. FALVEY
THOMAS WALKER FALVEY, SBN 65744
thomaswfalvey@gmail.com
JON DAVID HENDERSON, SBN 235767
hendersonj2004@gmailcom
MICHAEL HAGOP BOYAMIAN, SBN 256107
mike.falveylaw@gmail.com
301 North Lake Avenue, Suite 800
Pasadena, CA 91101
Tel: 626.795.0205
Fax: 626.795.3096

Attorneys for Plaintiff
CATHY BIRDSONG

MORGAN, LEWIS & BOCKIUS LLP
GEORGE A. STOHNER, SBN 214508
gstohner@morganlewis.com
JOHN S. BATTENFELD, SBN 119513
jbattenfeld@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Defendants
AT&T CORP., AT&T SERVICES, INC., AT&T
MANAGEMENT SERVICES, LP, AT&T
OPERATIONS, INC., and AT&T MOBILITY
SERVICES, LLC

ORRICK, HERRINGTON & SUTCLIFFE, LLP
JULIE A. TOTTEN, SBN 166470
jtotten@orrick.com
SARA E. DIONNE, SBN 221326
sdionne@orrick.com
400 Capital Mall, Suite 3000
Sacramento, CA 95814
Tel: 916.447.9200
Fax: 916.329.4900

Attorneys for Defendant
YELLOWPAGES.COM LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:12-cv-06175-TEH
[Proposed] Order Approving Settlement

**[~~PROPOSED~~] ORDER**

FOR GOOD CAUSE APPEARING, the Court finds that the compromise of Plaintiff Cathy Birdsong's individual overtime, liquidated damages and attorneys' fees claims under the Fair Labor Standards Act ("FLSA") is a fair and reasonable compromise of FLSA claims as to which there are bona fide disputes regarding liability.

Based on this finding, the Court hereby DISMISSES THIS ACTION WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: May 13, 2013



The Honorable Thelton E. Henderson