1  RIGHETTI GLUGOSKI, P.C.
   MATTHEW RIGHETTI, SBN 121012
2  matt@righettilaw.com
   JOHN GLUGOSKI, SBN 191551
3  jglugoski@righettilaw.com
   456 Montgomery Street, Suite 1400
4  San Francisco, CA  94104
   Tel:  415.983.0900
5  Fax:  415.397.9005

6  Attorneys for Plaintiff
   CATHY BIRDSONG
7
   MORGAN, LEWIS & BOCKIUS, LLP
8  REBECCA EISEN, SBN 96129
   reisen@morganlewis.com
9  THERESA MAK, SBN 211435
   tmak@morganlewis.com
10 One Market, Spear Street Tower
   San Francisco, CA 94105-1126
11 Tel:  415.442.1000
   Fax:  415.442.1001
12
   Attorneys for Defendants
13 AT&T CORP., AT&T SERVICES, INC., AT&T
   MANAGEMENT SERVICES, LP, AT&T
14 OPERATIONS, INC., and AT&T MOBILITY
   SERVICES, LLC
15
   [ADDITIONAL COUNSEL ON NEXT PAGE]
16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  CATHY BIRDSONG, individually and on behalf of all others similarly situated, | Case No. 3:12-cv-06175-TEH |
| 20              Plaintiff, | [~~PROPOSED~~] **ORDER APPROVING SETTLEMENT** |
| 21         vs. | |
| 22  AT&T CORP., AT&T SERVICES, INC. (formerly SBC Services, Inc.), AT&T MANAGEMENT SERVICES, LP, AT&T OPERATIONS, INC., YELLOWPAGES.COM, AT&T MOBILITY SERVICES, LLC (formerly doing business as Cingular Wireless, LLC) and DOES 1-25, inclusive, | |
| 26              Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:12-cv-06175-TEH
[Proposed] Order Approving Settlement

LAW OFFICES OF THOMAS W. FALVEY
THOMAS WALKER FALVEY, SBN 65744
thomaswfalvey@gmail.com
JON DAVID HENDERSON, SBN 235767
hendersonj2004@gmailcom
MICHAEL HAGOP BOYAMIAN, SBN 256107
mike.falveylaw@gmail.com
301 North Lake Avenue, Suite 800
Pasadena, CA  91101
Tel:  626.795.0205
Fax:  626.795.3096

Attorneys for Plaintiff
CATHY BIRDSONG


MORGAN, LEWIS & BOCKIUS LLP
GEORGE A. STOHNER, SBN 214508
gstohner@morganlewis.com
JOHN S. BATTENFELD, SBN 119513
jbattenfeld@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501

Attorneys for Defendants
AT&T CORP., AT&T SERVICES, INC., AT&T MANAGEMENT SERVICES, LP, AT&T OPERATIONS, INC., and AT&T MOBILITY SERVICES, LLC


ORRICK, HERRINGTON & SUTCLIFFE, LLP
JULIE A. TOTTEN, SBN 166470
jtotten@orrick.com
SARA E. DIONNE, SBN 221326
sdionne@orrick.com
400 Capital Mall, Suite 3000
Sacramento, CA  95814
Tel:  916.447.9200
Fax: 916.329.4900

Attorneys for Defendant
YELLOWPAGES.COM LLC

**[~~PROPOSED~~] ORDER**

FOR GOOD CAUSE APPEARING, the Court finds that the compromise of Plaintiff Cathy Birdsong's individual overtime, liquidated damages and attorneys' fees claims under the Fair Labor Standards Act ("FLSA") is a fair and reasonable compromise of FLSA claims as to which there are bona fide disputes regarding liability.

Based on this finding, the Court hereby DISMISSES THIS ACTION WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: May 13, 2013



The Honorable Thelton E. Henderson